```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JOHNNIE CEPHUS FENN, JR.,735082,:

    Plaintiff,                       :

vs.                                   :   CIVIL ACTION 16-415-WS-M

ESTEL GERALD CAPPS,          :

    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 15th day of November, 2016.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE